130

23 P.3d 675

**STATE of Arizona**

v.

**Michael GAFFNEY.**

**No. 2 CA–CR 99–0189.**

Court of Appeals of Arizona,
Division 2, Department B.

April 18, 2001.

HOWARD, Presiding Judge.

On March 29, 2001, the Arizona Supreme Court de-published this court's Opinion in the above-captioned appeal,

ORDERED: Accordingly, this court's written disposition of this appeal is redesignated a Memorandum Decision as provided by Ariz. R. Civ.App. P. 28, 17B A.R.S.

Chief Judge ESPINOSA and Judge DRUKE concurring.